IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 21 AM 9:0_

ROBERT R. D_____HO
CLERK, U.S. DI__. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 04-20403-01-B |
| Ron Reed, | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came to be heard on April 19, 2005, the United States Attorney for this district, Greg Gilluly, appearing for the Government and the defendant, Ron Reed, appearing in person and with counsel, Mary Kay Jermann, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, AUGUST 3, 2005, at 9:00 A.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 20th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-21-05

54



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20403 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT