PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee



FILED BY ___ D.C.

05 JUN 20 AM 10: 34

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**U.S.A. vs. Ron Reed**                    **Docket No. 04-20403-01-B**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant Ron Reed who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, Tennessee, on the 1st day of October, 2004, under the following conditions:

1) Report as directed by the Pretrial Services Office
2) Refrain from possessing a firearm, destructive device, or other dangerous weapon
3) Refrain from unlawful possession or use of a narcotic drug or other controlled substance
4) Submit to substance abuse testing as directed by Pretrial Services
5) Submit to drug treatment as directed by Pretrial Services

\* On October 1, 2004, Mr. Reed appeared before U.S. Magistrate Judge Diane K. Vescovo for a bail revocation hearing. Defendant Reed was subsequently released with the additional condition that he participate in home confinement with electronic monitoring and be restricted to his residence during the times to be determined by his pretrial services officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(SEE ATTACHMENT)

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so that Ron Reed may appear and show cause as to why his pretrial release should not be revoked.

BOND RECOMMENDATION: NONE

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 20th day of June, 2005, and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge | Executed on June 15, 2005<br><br>_____<br>Supervisory U.S. Pretrial Services Officer<br><br>Place    Memphis, TN |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05



RE: Ron Reed
Petition for Action on Conditions of Pretrial Release
June 15, 2005
Page 2

The defendant has violated the following conditions of pretrial release:

1) **The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.**
As previously reported, Ron Reed was cited December 12, 2004, by the Memphis Police Department for Theft of Property $500 or Less. According to the citation, Mr. Reed attempted to walk out of Home Depot with two paint brushes valued at $28.94. The matter is presently set for June 17, 2005, in Shelby County General Sessions Court.

2) **Submit to any method of testing required by the Pretrial Services Office or the supervising officer**
As was reported in an earlier petition, Ron Reed failed to report to Pretrial Services on February 28, 2005, to submit to a urinalysis test. Mr. Reed was subsequently directed to report to the Pretrial Services Office for drug testing on June 10, 2005, June 13, 2005, and June 15, 2005, but failed to do so.

As noted previously, on January 28, 2005, Ron Reed appeared before U.S. Magistrate Judge Tu M. Pham for a bail revocation hearing and was continued under supervision. The Court advised the defendant that if he submitted a positive urine specimen that day, it would not be considered for violation purposes and that subsequent positive urinalyses may result in revocation of his bond. Mr. Reed's urinalysis submitted January 28, 2005, was positive for morphine as confirmed by Kroll Laboratory Specialists.

3) **Participate in home confinement with electronic monitoring and be restricted to her residence during the times to be determined by his pretrial services officer**
Mr. Reed was absent his residence without the approval of Pretrial Services on the following occasions:

On June 11, 2005, from 3:27 p.m. until 3:50 p.m., from 5:48 p.m. to 6:33 p.m., from 6:47 p.m. to 7:07 p.m., from 7:26 p.m. to 7:52 p.m., and from 10:14 p.m. to 12:43 a.m. on June 12, 2005.

On June 12th from 4:55 a.m. to 5:18 a.m., from 5:55 a.m. to 7:46 a.m., from 7:51 a.m. to 9:00 a.m., from 4:54 p.m. to 5:20 p.m., from 8:10 p.m. to 9:26 p.m., and from 11:51 p.m. to 12:11 a.m. on June 13, 2005.

On June 13th from 12:34 a.m. to 2:02 a.m., from 2:10 a.m. to 2:28 a.m., from 3:58 a.m. to 4:49 a.m., and from 9:00 a.m. until 3:37 a.m. on June 14, 2005. On June 14th, from 12:01 p.m. to 12:19 p.m., and on June 15, 2005, from 9:38 a.m. to 10:20 a.m.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20403 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT